AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Jose JIMENEZ-Molina**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 12, 2022** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about October 12, 2022, the defendant Jose JIMENEZ-Molina was apprehended near Laredo, Texas. After a brief interview it was determined that, Jose JIMENEZ-Molina was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Jose JIMENEZ-Molina was previously REMOVED from the United States on 09/30/2022 at Laredo, Tx. There is no record that Jose JIMENEZ-Molina has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Javier Molano
*Complainant's signature*

Javier Molano, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: October 14, 2022

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*